## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Carlos Caballero, hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint and authorize its filing by counsel.

2. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Danimer Scientific, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. I have not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of May, 2021.

_____
Carlos Caballero

**Carlos Caballero**
**Transactions in Danimer Scientific, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/16/2021 | 50 | 56.5000 |
| Purchase | 2/16/2021 | 15 | 56.1000 |
| Purchase | 2/16/2021 | 15 | 55.8500 |
| Purchase | 2/16/2021 | 15 | 55.4000 |
| Purchase | 2/16/2021 | 15 | 55.1800 |
| Purchase | 2/16/2021 | 15 | 54.5000 |
| Purchase | 2/16/2021 | 15 | 54.0800 |
| Purchase | 2/16/2021 | 15 | 54.3000 |
| Purchase | 2/16/2021 | 15 | 54.1800 |
| Purchase | 2/16/2021 | 15 | 54.0100 |
| Purchase | 2/16/2021 | 15 | 53.6900 |
| Purchase | 2/16/2021 | 25 | 53.3000 |
| Purchase | 2/16/2021 | 25 | 53.1800 |
| Purchase | 2/16/2021 | 50 | 52.7800 |
| Purchase | 2/16/2021 | 25 | 52.6100 |
| Purchase | 2/16/2021 | 25 | 53.5000 |
| Purchase | 2/16/2021 | 150 | 52.9800 |
| Purchase | 2/16/2021 | 100 | 52.8500 |
| Purchase | 2/16/2021 | 50 | 52.6400 |
| Purchase | 2/16/2021 | 100 | 52.5200 |
| Purchase | 2/16/2021 | 100 | 52.2500 |
| Purchase | 2/17/2021 | 150 | 51.9500 |
| Purchase | 2/17/2021 | 200 | 48.0000 |
| Purchase | 2/17/2021 | 100 | 47.5000 |
| Purchase | 2/17/2021 | 100 | 46.8500 |
| Purchase | 2/17/2021 | 100 | 46.1000 |
| Purchase | 2/17/2021 | 100 | 44.7500 |
| Purchase | 2/17/2021 | 100 | 44.9100 |
| Purchase | 2/18/2021 | 100 | 44.5000 |
| Purchase | 2/18/2021 | 100 | 44.0100 |
| Purchase | 2/18/2021 | 100 | 43.5000 |
| Purchase | 3/3/2021 | 50 | 36.3000 |
| Purchase | 3/22/2021 | 50 | 44.1200 |
| Purchase | 3/22/2021 | 75 | 44.4899 |
| Sale | 4/22/2021 | (1,000) | 20.8800 |
| Sale | 4/22/2021 | (1,175) | 21.1100 |